1 Susan St. Vincent
Legal Officer
2 NATIONAL PARK SERVICE
Legal Office
3 P.O. Box 517
Yosemite, California  95389
4 Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO RAMIREZ-MORALES,<br><br>Defendant. | Case Number:  6:18-MJ-0043-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

On September 6, 2018 the Government filed a Felony Indictment in case number 1:18-CR-203-LJO SKO which incorporated the offense charged in 6:18-MJ-0043-JDP.  Therefore, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice of case number 6:18-MJ-0043-JDP.

.

Dated:  September 12, 2018      /S/ Susan St. Vincent_____
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above-referenced matter, *United States v. Ramirez-Morales*, 6:18-MJ-0043-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   September 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE